IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLSIE LYNN, et al.                  :

                                       :

        vs.                            :        CIVIL ACTION NO. 02-3919-EL

                                       :

BAYER CORPORATION, et al.              :

## ORDER

     **AND NOW,** this 3rd day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[]    -    Order staying these proceedings pending disposition of a related action.

[]    -    Order staying these proceedings pending determination of arbitration proceedings.

[]    -    Interlocutory appeal filed

[ X ]    -    Other:  pending receipt of the Case Transfer Order from the Judicial Panel on Multi-District Litigation transferring case to District of Minnesota.

it is

     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
                                                                J.

Civ. 13 (8/80)